# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                        :         NO. 516

AMENDMENT OF RULE 701 OF THE    :        JUDICIAL ADMINISTRATION
RULES OF JUDICIAL ADMINISTRATION :        DOCKET

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2019, **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 701 of the Rules of Judicial Administration is amended in the attached form**.**

    To the extent that notice of proposed rulemaking would otherwise be required by Pa.R.J.A. No. 103, the immediate promulgation of the amendment is found to be in the interest of efficient administration.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and the amendment shall be effective January 6, 2020.

Additions are **bolded** and are <u>underlined</u>.
Deletions are **bolded** and are [bracketed].